740

No. 842.  DOVEL ET AL. *v.* SLOSS-SHEFFIELD STEEL & IRON CO.  May 8, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hugh A. Locke* for petitioners.  *Mr. E. L. All* for respondent.

No. 850.  ORANGE THEATRE CORP. *v.* BRANDT ET AL. May 8, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Israel B. Greene* for petitioner.  *Mr. Milton C. Weisman* for respondents.

No. 851.  ROWAN COTTON MILLS CO. *v.* COMMISSIONER OF INTERNAL REVENUE.  May 8, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. J. Gilmer Korner, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Joseph M. Jones,* and *Miss Helen R. Carloss* for respondent.

No. 858.  SANTLY BROTHERS, INC. *v.* WILKIE.  May 8, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Sidney Kocin* for petitioner.  *Mr. Louis Nizer* for respondent.

No. 728.  TINKOFF ET AL. *v.* WEST PUBLISHING CO. ET AL.  May 8, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.